JUDGE STEIN

08 CV 03413

148-08/LJK
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
BALLI KLOCKNER ASIA LTD.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

Lawrence J. Kahn (LK 5215)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
BALLI KLOCKNER ASIA LTD.,



RECEIVED APR 07 2008 U.S.D.C. S.D.N.Y. CASHIERS

08 CV _____ ( _ )

                        Plaintiff,

    -against-

ARK SHIPPING LTD.,

                        Defendant.
-------------------------------------------------------------------x

**RULE 7.1 STATEMENT**

      The Plaintiff, BALLI KLOCKNER ASIA LTD., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel certifies that Plaintiff is not a publicly traded entity and no publicly held company owns 10% or more of its stock.

Dated: New York, New York
       April 7, 2008

                                FREEHILL HOGAN & MAHAR, LLP
                                Attorneys for Plaintiff
                                BALLI KLOCKNER ASIA LTD.

                                By: _____
                                Lawrence J. Kahn (LK 5215)
                                80 Pine Street
                                New York, NY 10005
                                Telephone: (212) 425-1900
                                Fax: (212) 425-1901

NYDOCS1/302119.1